**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JONATHAN MICHAEL SMITH,    |
                   Plaintiff,    |

                                        |       Civil Action No.
    -v-                       |       5:26-cv-00264-ECC-MJK

                                          |
COMMISSIONER OF             |
SOCIAL SECURITY,            |

                                        |
                   Defendant.   |

_____|

## STIPULATION AND ORDER FOR REMAND

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Geoffrey M. Peters, Special Assistant United States Attorney for the Northern District of New York, attorney for the defendant, Frank Bisignano, Commissioner of Social Security, and Howard D. Olinsky, Esq., attorney for the plaintiff, Jonathan Michael Smith, that this Court reverse the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

THE PARTIES FURTHER STIPULATE AND AGREE that on remand, the Commissioner will remand the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), offer the claimant the opportunity for a hearing, and issue a new decision.

Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation. Further, based on the stipulation of the parties, the Clerk of Court is directed to enter final judgment on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE, III
First Assistant United States Attorney
Northern District of New York

BY:    /s/ Geoffrey M. Peters
Geoffrey M. Peters
Special Assistant United States Attorney
Social Security Administration
Office of Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
212-264-1298
Email: geoffrey.peters@ssa.gov
Dated: May 6, 2026

BY:    
Howard D. Olinsky, Esq.
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
315-701-5780
Fax: 315-701-5781
Email: holinsky@windisability.com

IT IS SO ORDERED:

Elizabeth C. Coombe
U.S. District Judge

Dated: _____
May 21, 2026
Syracuse, NY